## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

GIGI JORDAN,

      *Petitioner*,

vs.

AMY LAMANNA, in her official capacity
as Superintendent of the Bedford Hills
Correctional Facility,

      *Respondent.*

Case No. 18-10868

**DECLARATION OF
HENNINGER S. BULLOCK**

Pursuant to 28 U.S.C. § 1746, Henninger S. Bullock hereby declares:

1.      I am a partner at the law firm Mayer Brown LLP, counsel for Petitioner Gigi Jordan. I make this declaration in support of Petitioner's Memorandum in Support of Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. 2254.

2.      Attached as Exhibit A is a true and correct copy of excerpts of the trial transcript in *The People of the State of New York against Gigi Jordan*, No. 0621/10, held on October 1, 2014.

3.      Attached as Exhibit B is a true and correct copy of Petitioner Gigi Jordan's Motion to Set Aside the Verdict Pursuant to CPL Section 330.30, dated January 21, 2015.

4.      Attached as Exhibit C is a true and correct copy of the Supreme Court of the State of New York's Decision and Order on Petitioner Gigi Jordan's Motion to Set Aside the Verdict Pursuant to CPL Section 330.30, dated May 28, 2015.

5.      Attached as Exhibit D is a true and correct copy of Petitioner Gigi Jordan's appeal brief to the Supreme Court of the State of New York, Appellate Division, First Department.

6.     Attached as Exhibit E is a true and correct copy of the decision in *People v. Jordan*, 145 A.D.3d 584 (N.Y. App. Div. 2016), dated December 22, 2016.

7.     Attached as Exhibit F is a true and correct copy of Petitioner Gigi Jordan's letter to the New York Court of Appeals, seeking leave to appeal the decision in *People v. Jordan*, 145 A.D.3d 584 (N.Y. App. Div. 2016), dated January 19, 2017.

8.     Attached as Exhibit G is a true and correct copy of Petitioner Gigi Jordan's supplemental letter to the New York Court of Appeals, seeking leave to appeal the decision in *People v. Jordan*, 145 A.D.3d 584 (N.Y. App. Div. 2016), dated February 16, 2017.

9.     Attached as Exhibit H is a true and correct copy of the New York Court of Appeals' denial of review in *People v. Jordan*, 29 N.Y.3d 1033 (2017), dated May 3, 2017.

10.     Attached as Exhibit J is a true and correct copy of the United States Supreme Court's order denying certiorari in *Jordan v. New York*, 138 S. Ct. 481 (2017), dated November 27, 2017.

11.     Attached as Exhibit L is a true and correct copy of the Certification of Disposition Indictment in *The People of the State of New York against Gigi Jordan*, No. 0621/10, dated September 2, 2015.

12.     Attached as Exhibit M is a true and correct copy of the sentencing transcript in *The People of the State of New York against Gigi Jordan*, No. 0621/10, held on May 28, 2015.

Dated:     New York, New York
            November 20, 2018

                                        */s/ Henninger S. Bullock*