# Exhibit A

1   THE PEOPLE OF THE STATE OF NEW YORK,

2                    -against-                   Indict. No. 0621/10

3   GIGI JORDAN,

4                            Defendant.

5   -----------------------------------x

6                                October 1st, 2014
                                  New York, New York
7   B e f o r e:

8

9            HONORABLE CHARLES H. SOLOMON,

10                                   Justice, and a Jury.

11                (Appearances same as previously noted.)

12                     * * * * * * * * *

13

14            (Whereupon, the following proceeding took place on

15   the record and outside the presence of the jury:)

16            THE CLERK:  Calendar number two, Gigi Jordan.

17            THE COURT:  Case on trial continued.

18            All parties were present.  Ms. Jordan's coming

19   out.  Mr. Brenner is present.  People are present.

20            A COURT OFFICER:  They need one more minute.

21            THE COURT:  One more minute.

22            Mr. Ward is in the back there with Mr. Siegel?

23            MR. BRENNER:  No, he's in the hall on a phone call

24   that is very important.

25            MR. BOGDANOS:  May we approach for a minute?

Proceedings                                    1646

 1              THE COURT:  Yes.

 2              (Whereupon, a discussion was held at the bench and

 3      off the record.)

 4              THE COURT:  Let's bring Ms. Jordan out, please.

 5              This is the case on trial.  Ms. Jordan's coming

 6      out.  Counsel are present.  Ms. Jordan is now present.

 7              Counsel, what I'd like to do is --

 8              MR. BOGDANOS:  This doesn't count as closed.

 9              THE COURT:  Just wait a second.

10              Everyone's present.  Mr. Ward is here, correct?

11              MR. BRENNER:  Yes, he went out in the hall.

12              THE COURT:  What I'd like to do is, we have to

13      close the courtroom to make a record.  We have to close the

14      courtroom without any spectators in the audience for about

15      five minutes, about something that has to be done in

16      private.  If everyone can step out for five minutes, please.

17      Everybody.

18              Mr. Kuby can stay here as part of the defense

19      team.

20              MR. KUBY:  Yes.

21              (Whereupon, the spectators exited the courtroom

22      and the courtroom was closed, but as per the Court's ruling

23      after lunch, the courtroom was deemed open.)

24              THE COURT:  Let's have an officer outside, please.

25              Let's see if we can close this door.

Proceedings                              1647

1           MR. KUBY:  Good morning, Judge.

2           THE COURT:  Good morning.

3           Mr. Kuby, you will be at counsel table for this

4      purpose?

5           MR. KUBY:  Yes.

6           MR. BRENNER:  Yes.

7           THE COURT:  Let's make sure no one enters the

8      courtroom, please, sergeant.

9           The courtroom is closed to spectators.

10          MR. KUBY:  Pursuant to what authority, your Honor?

11          THE COURT:  My authority.

12          MR. BOGDANOS:  Please stop.

13          THE COURT:  Mr. Bogdanos wants to make a record

14     about something that he didn't want to put on the record in

15     front of the audience or the press.  It has to do with Ms.

16     Jordan.

17          MR. KUBY:  I do believe, and again, I'm not

18     prepared for a closed courtroom, but I do believe that

19     before the courtroom can be closed, there has -- it has to

20     be done on a record.

21          THE COURT:  Right.

22          MR. KUBY:  With specific findings of fact.

23          THE COURT:  We're going to make it right now.

24          MR. KUBY:  No.

25          THE COURT:  We're going to make the record.  The

1    record is going to be made outside the public's --

2                MR. KUBY:  And the transcript will be released

3    immediately?

4                THE COURT:  The transcript will not be released

5    immediately.  Unless everyone consents to it.

6                MR. KUBY:  Judge, again --

7                THE COURT:  Mr. Kuby, number one, you can object

8    all you want.  This is your first appearance at the trial

9    since it started.

10               MR. KUBY:  Yes.

11               THE COURT:  Something happened that Mr. Bogdanos

12   wants to place on the record, a very serious problem

13   concerning Ms. Jordan.

14               MR. KUBY:  I don't know what the serious problem

15   is.

16               MR. BOGDANOS:  Because we --

17               THE COURT:  Hold on.

18               MR. KUBY:  Excuse me, the serious problem --

19               THE COURT:  Yes.

20               MR. KUBY:  -- can be articulated in an open

21   courtroom consistent with the Sixth and First Amendments

22   unless there exists at this point some basis for closing the

23   courtroom.

24               THE COURT:  Okay.

25               MR. KUBY:  And no basis currently exists.

1          THE COURT:  Mr. Bogdanos.

2          MR. KUBY:  That's my objection.

3          THE COURT:  That is your objection.

4          Let me hear you.

5          MR. BOGDANOS:  Sure.  I thought we had a three

6    lawyer maximum, so I'm just going to proceed.

7          THE COURT:  Right.

8          MR. BOGDANOS:  Judge, the reason I asked to have

9    this done in camera on the record in the presence of the

10   attorney is actually my concern about proceeding with a fair

11   trial.  Your Honor had specifically instructed both parties

12   to abide by -- both sides -- to abide by the ethical

13   guidelines concerning publicity during the trial.

14         THE COURT:  Right.

15         MR. BOGDANOS:  And I think we're all comfortable

16   with those guidelines.  I am not, in any way, suggesting

17   that any of the defense attorneys have knowledge of what I'm

18   about to say, but I don't know that they don't know of it.

19   I just want to make it clear, I'm not accusing anyone of

20   anything.

21         It was brought to my attention last night that

22   there is a website page that someone put up called The

23   Inadmissible Truth.  I'm going to hand up to the Court two

24   copies.

25         THE SERGEANT:  (Handing.)

Joanne Fleming

Proceedings                                    1650

1          MR. BOGDANOS:  And I am going to provide counsel.

2     I didn't know Mr. Kuby was going to be here.  He didn't

3     inform me of the distinct pleasure, so I don't have enough

4     or one for him, but here you go.

5          MR. KUBY:  I'll use one of my friends'.

6          MR. BOGDANOS:  There's three copies there.

7          So, in this, I'm not going to read it into the

8     record.

9          THE COURT:  Right.

10          MR. BOGDANOS:  Your Honor can read it.

11          THE COURT:  This will be a Court exhibit,

12     certainly.

13          MR. BOGDANOS:  I ask, for the time being, that the

14     Court exhibit be under seal.

15          THE COURT:  It will be.

16          Let me finish reading it first.

17          MR. BOGDANOS:  Okay.

18          THE COURT:  Go ahead, Mr. Bogdanos.

19          MR. BOGDANOS:  Okay.  Each of these articles, all

20     I printed up was the front page, the front web page.  Each

21     of these is a link to another article.

22          THE COURT:  Right.

23          MR. BOGDANOS:  And, in effect, it accuses, among

24     others, your Honor of subverting justice in this case.

25          THE COURT:  Where's that?  Which page is that?

Proceedings                                        1651

1           MR. BOGDANOS:  It's multiple.  It's multiple

2      links, Judge.  The only way to do this properly is to go

3      on-line.

4           And it accuses your Honor of refusing to allow

5      information to come before the jury, hence, the title of the

6      website, The Inadmissible Truth.  And lest the defendant

7      disavow any knowledge of this particular website, I have an

8      e-mail from Ms. Jordan.  It was sent out last night,

9      yesterday --

10          THE COURT:  To whom?

11          MR. BOGDANOS:  Several hundred e-mail addresses.

12     Most of them appear to be the media.  You could see the

13     e-mail address.  I printed it up in such a way that the

14     e-mail addresses show.

15          Here's two copies for the Court.

16          THE SERGEANT:  (Handing.)

17          MR. BOGDANOS:  And the court attorney, again, I

18     don't have enough for Mr. Kuby.

19          THE COURT:  Yes.

20          MR. KUBY:  They're willing to share.  They're

21     good.

22          THE COURT:  Right.

23          MR. BOGDANOS:  And your Honor will see in the body

24     of the e-mail itself how Ms. Jordan believes that the

25     justice system is being stymied on many fronts resulting in

Joanne Fleming

Proceedings                               1652

1    the suppression of evidence that anyone would expect to hear

2    at a fair trial.  And then Ms. Jordan goes at length on the

3    website to explain why it is that this Court is actually --

4    how this Court is actually doing that.

5            And so, I felt several things, your Honor.  I felt

6    duty-bound to report this to the Court immediately.

7            THE COURT:  Right.

8            MR. BOGDANOS:  I asked for this -- this may be

9    viewed by many objective viewers as an act of desperation on

10   the part of the defendant seeing how the evidence is going

11   in, and I didn't want the defendant to be prejudiced by bad

12   judgment and in creating this website and sending out --

13           THE COURT:  Let him finish.

14           MR. KUBY:  I want to confer.

15           THE COURT:  Let him finish.  You confer with your

16   colleagues.  Let him finish.

17           MR. KUBY:  Continue.

18           MR. BOGDANOS:  The reason that I asked that the

19   courtroom be closed for this, I didn't want a feeding frenzy

20   that I think we all recognize would ensue from the

21   defendant's desperate act of going -- trying to go around

22   the Court's rulings and trying to get into the public domain

23   matters that this Court has ruled are inadmissible.  I

24   think --

25           THE COURT:  I never had this happen before.

Proceedings                              1653

1       Go on, what are you seeking?  What are you

2  seeking?

3       MR. BOGDANOS:  Well, a new instruction, of course,

4  to the jury to make sure they don't look at any media.

5       THE COURT:  Obviously I'm going to say that.

6       MR. BOGDANOS:  And, certainly, I'm so

7  uncomfortable saying this, I'd like some assurance that

8  nobody on the defense team, and I don't just mean the table,

9  I mean --

10      THE COURT:  People in the audience.

11      MR. BOGDANOS:  All the rows of hired people that

12  are in the first and second row and throughout the courtroom

13  every single day, are not in violation of your Honor's

14  ruling and the ethical standards.  That's all, Judge.  I

15  wanted to say that as low key as possible.

16      THE COURT:  What are you asking, an instruction to

17  the jury and what else?

18      MR. BOGDANOS:  And, your Honor, get some assurance

19  from the defense team that no one in the defense team -- you

20  don't get to do directly what you can't do indirectly -- has

21  anything to do with this.

22      THE COURT:  Well, this is coming from somewhere,

23  isn't it?  Do we know where it's coming from?  It says from

24  Thomas Truth and there is a poetic justice nine-eighty-nine.

25      Who is that?

Proceedings                                    1654

1          MR. BOGDANOS:  It is a Yahoo e-mail address, and,

2    as your Honor knows not from prior experience, not

3    surprisingly, Yahoo doesn't require identification for a

4    subscriber.

5          THE COURT:  Mr. Kuby, you want to be heard?

6          MR. KUBY:  Yes, Judge.  I very much, and I think I

7    speak for the entire defense team, appreciate Mr. Bogdanos'

8    solicitude toward Ms. Jordan in asking that the courtroom be

9    closed to protect her.

10          After brief consultation, however, with my

11    colleagues, it is the defense position that the closed

12    courtroom is not requested by us, is not necessary for us,

13    is and remains unconstitutional and there is absolutely

14    nothing in the record that Mr. Bogdanos just made that could

15    conceivably justify the closure of the courtroom.  So,

16    before I respond to the other points, I would ask that this

17    constitutional abomination be ended and the spectators and

18    the press be readmitted to an open court in New York City

19    and the United States of America.

20          THE COURT:  Mr. Bogdanos, you want to be heard on

21    that point?

22          MR. BOGDANOS:  Judge, that does in fact achieve

23    the defendant's purpose of pre -- during trial getting

24    publicity about inadmissible matters, and doesn't that,

25    Judge, in your Honor's estimation, risk a fair trial to

Proceedings                                    1655

1       both?

2                    THE COURT:  Let me ask a few questions.

3                    MR. BOGDANOS:  Sure.

4                    MR. KUBY:  I'm not done.

5                    THE COURT:  I know you're not done.  We will be

6       done in a few minutes because I have the jury coming in and

7       we will proceed.

8                    MR. KUBY:  I didn't ask for this.  They didn't ask

9       for this.

10                   THE COURT:  I know.

11                   MR. KUBY:  So don't get short with me about it.

12                   THE COURT:  I'm not getting short with anyone.

13            Let me ask you a question:  What's in this e-mail

14      and what's this website?  Clearly, to me, what I've seen so

15      far, it's improper to say these things.

16                   MR. KUBY:  Improper?

17                   THE COURT:  Improper.

18                   MR. KUBY:  For whom?

19                   THE COURT:  For whom?  This is talking about

20      evidence that is not admitted at trial and --

21                   MR. KUBY:  For a lawyer --

22                   THE COURT:  -- and the jury can see.

23                   MR. KUBY:  For an attorney to do this would

24      clearly, clearly violate the modern rules of ethical conduct

25      and --

1       THE COURT:  Absolutely.

2       MR. KUBY:  -- the disciplinary rules.

3       There is no question whatsoever that an attorney

4  cannot be involved in producing this or disseminating --

5       THE COURT:  No issue.

6       MR. KUBY:  There is no disagreement there.

7       THE COURT:  Where does it come from?

8       MR. KUBY:  I'm sorry, Judge, I'm not an

9  investigator.

10      THE COURT:  Neither am I.

11      MR. KUBY:  I'm really not.  The prosecutor I know

12  can get plenty of investigators, and I have no doubt that

13  even more prosecutorial resources will be spent trying to

14  figure out how a website got put up, which I have to say,

15  sounds a bit to me like desperation.  With you that's okay.

16  We can differ on this.

17      THE COURT:  Right.

18      MR. KUBY:  If you want to talk about the

19  constitutional right of a defendant, the leading case

20  happens to be NBC versus Cooperman.

21      THE COURT:  I know the law.  Please.

22      MR. KUBY:  Okay.

23      THE COURT:  I do.

24      MR. KUBY:  You know what?  I didn't know that.

25      THE COURT:  Okay.

1                MR. KUBY:  I didn't generally know you do know the

2        law in this area.

3                THE COURT:  I know it well.

4                MR. KUBY:  Frankly, if you did, the courtroom

5        would not be closed, sir.

6                THE COURT:  That is your opinion.  That is your

7        opinion.

8                MR. KUBY:  That is your assertion.

9                MR. BOGDANOS:  Objection.

10                THE COURT:  Ms. Jordan's counsel can object to

11        this.

12                MR. KUBY:  We have.

13                THE COURT:  You have.  It's preserved.  If she's

14        convicted, this will be an issue, I imagine, on appeal.  I

15        don't know.

16                MR. BOGDANOS:  Judge, I haven't asked for anything

17        about Ms. Jordan.

18                THE COURT:  You asked for the courtroom to be

19        closed.  That's what he's talking about.

20                MR. BOGDANOS:  This is simply -- it will be

21        unethical for any attorney or someone employed by an

22        attorney --

23                THE COURT:  Correct.

24                MR. BOGDANOS:  -- to have done this and that's

25        all.  I have been very precise.  Mr. Kuby can talk about the

Proceedings                                    1658

 1    defendant only wants.  I haven't said a word about any

 2    question of her.

 3              MR. KUBY:  Okay, noted.

 4              THE COURT:  Your objection clearly, clearly is

 5    well noted and preserved.

 6              I am going to order these minutes, they will be

 7    under seal in the court file so if there is a conviction, an

 8    appellate court can see what I said, can see what you said,

 9    can see what the People said and can see these documents

10    that were handed to me.

11              MR. KUBY:  Alright, let's move on a little bit,

12    then.

13              THE COURT:  I'm going to move on a little bit.

14              MR. KUBY:  Number one, you closed the courtroom.

15              THE COURT:  I did.

16              MR. KUBY:  Fine.  The courts have recognized if

17    there is a specific need to do something in camera and it's

18    done in camera and it later appears that there was no, you

19    know, imminent threat to the administration of justice under

20    the NBC versus Cooperman standard, that the appropriate

21    thing to do is to unseal the minutes to allow the public and

22    the press to inspect the minutes.

23              THE COURT:  Okay.

24              MR. KUBY:  So that is the application that I'm

25    making now, because it is a continuing constitutional

Joanne Fleming

Proceedings                                    1659

1    violation.

2              THE COURT:  Fine.  So you will make an application

3    to unseal these minutes.

4              MR. KUBY:  That's correct.

5              THE COURT:  And unseal the exhibits, I will have

6    two exhibits here, what was given to me.  You want that

7    unsealed as well for the press?

8              MR. KUBY:  Sure.

9              THE COURT:  Okay.

10             MR. KUBY:  I didn't introduce them, Judge.

11             THE COURT:  I know you didn't.  They came from

12   somewhere.  They came from the D.A.

13             MR. KUBY:  They came from Mr. Bogdanos.

14             THE COURT:  Right, but he didn't send these

15   e-mails, Twitters, whatever.  I don't know.

16             MR. KUBY:  I agree.

17             THE COURT:  They came from somewhere.

18             MR. KUBY:  It did.

19             THE COURT:  It came from somewhere, and again, I'm

20   not accusing anyone right now of anything.

21             MR. KUBY:  Good.

22             THE COURT:  But, however, I have a right to make

23   sure -- make sure that everyone -- that everybody gets a

24   fair trial.

25             MR. KUBY:  Yes.

Proceedings                                        1660

1            THE COURT:  Both sides, and the jury is completely

2       unaware of this.

3            MR. KUBY:  Correct.

4            THE COURT:  Then that's what I'm going to do.

5            MR. KUBY:  That's right, and that's why you've

6       been repeatedly instructing the jury not to go on the

7       Internet.

8            THE COURT:  Right.

9            MR. KUBY:  And, indeed, Judge, had they chosen to

10      disregard that instruction and just started Googling Gigi

11      Jordan, there will be a myriad of things that would never

12      make it into a courtroom, both from critics and supporters

13      of Ms. Jordan, completely inadmissible things that are all

14      over the Internet.  That's why you tell them not to do that.

15           THE COURT:  You're asking me to unseal --

16           MR. KUBY:  Yes.

17           THE COURT:  You are going to make a written

18      application, or is that this?

19           If you want to, you can, I will consider it and

20      I'll respond before the trial is over.

21           MR. KUBY:  I just want to note that the

22      constitutional violation is continuing every minute that

23      proceedings such as these are sealed, are closed and the

24      public is excluded.  That's the record on that.

25           Number two, under the disciplinary rules, one of

Joanne Fleming

1      the rights -- one of the very few rights an attorney has in

2      the course of a trial is to --

3                    THE COURT:  Is to?

4                    MR. KUBY:  -- to describe to the news media what

5      transpired in the courtroom.

6                    THE COURT:  If it's a public record, right,

7      minutes.

8                    MR. KUBY:  No, no.

9                    THE COURT:  Not their view.

10                    MR. KUBY:  No, Judge.  We can describe the

11     proceedings that took place.

12                    Now, it's true, it is true, that it is done.  That

13     rule was written in contemplation of it being public because

14     nobody really imagined you doing what it is you're doing.

15     So, I just want to be clear, are the lawyers prohibited --

16     the lawyers prohibited from speaking to the news media about

17     accurately reporting what took place in this closed

18     courtroom?

19                    THE COURT:  There's no gag order.

20                    MR. KUBY:  Okay.

21                    THE COURT:  Again --

22                    MR. KUBY:  Thank you.

23                    THE COURT:  -- as long as everything is done

24     accurately.

25                    I'm not ruling that the lawyers can't speak to the

1    media as long as they abide by the rules that they are under

2    and which apply to them and every other lawyer.

3              MR. KUBY:  Yes.

4              THE COURT:  Alright?

5              And, again, I'm going to mark these two exhibits.

6    What number are we up to?

7              THE CLERK:  Five.

8              THE COURT:  Number five in Court exhibits.  The

9    Inadmissible Truth will be Court Exhibit Number V.

10             MR. KUBY:  Catchy title.

11             THE COURT:  The Inadmissible Truth, number five,

12   mark this, please.

13             And from Thomas Truth, September 30th, which was

14   yesterday at 4:47 p.m., this e-mail that was sent, subject

15   Gigi Jordan, Truth.com to all of these people in the media,

16   must be about fifty people here, a lot of names I recognize,

17   this will be marked as Court Exhibit Number VI.

18             I just hope this is not going to continue.

19   Someone's doing this.  I don't know who.  This is not going

20   to this.  This, I mean that.

21             MR. KUBY:  I'm sorry, Judge, I'm not good with

22   thises and thats.  You do not want that website up, is that

23   what you're saying?

24             THE COURT:  Someone is responsible for the

25   website.

```
1                    MR. KUBY:  That's right.

2                    THE COURT:  In the website they're talking about

3          the trial.

4                    MR. KUBY:  That's right.

5                    THE COURT:  They are talking about rules of

6          inadmissibility that may not be admissible in front of the

7          jury.

8                    MR. KUBY:  Yes.

9                    THE COURT:  Someone's portraying.  It's a caution.

10         If it's lawyers that -- we have them all here?

11                   A COURT OFFICER:  No, we're missing one.

12                   THE COURT:  Yes, Mr. Kuby, as lawyers, obviously

13         we all agree it's improper to do this.

14                   MR. KUBY:  Agreed.

15                   THE COURT:  We all agree.  I'm not asking where

16         it's coming from.

17                   MR. KUBY:  Right.

18                   THE COURT:  You don't know where it's coming from.

19                   MR. KUBY:  Correct.

20                   THE COURT:  I'm just saying that the content, the

21         content here is talking about evidence that's not admissible

22         in front of the jury.  They're instructed not to look at

23         anything.

24                   MR. KUBY:  Correct.

25                   THE COURT:  So you're asking that the defense
```

1    lawyer or any lawyer be allowed to say what happened during

2    this closed courtroom proceeding?

3              MR. KUBY:  Yes.

4              THE COURT:  That is -- I don't have a problem.

5    There is no gag order as long as, as long as, it's an

6    accurate description of what's taking place.

7              MR. KUBY:  Right.

8              THE COURT:  I have no problem with that.

9              And the minutes will be sealed.  You can make a

10   written application, if you wish, and I'll rule on it.  I

11   will hear Mr. Bogdanos.  If I'm persuaded you're correct,

12   I'll unseal the minutes.

13             MR. KUBY:  That's fine.  What got me, Judge, was

14   the this will stop.  I didn't know what the this is.  If

15   you're saying that the website that you have some sort of

16   plenary control over what is put on the Internet regarding

17   this case, I respectfully disagree in the absence, in the

18   absence, of the general law regarding prior restraints on

19   speech.

20             THE COURT:  Do I have a right to ask where it's

21   coming from?

22             MR. KUBY:  You can ask.

23             THE COURT:  Right.

24             MR. KUBY:  I mean, look, you have the same right

25   to make an inquiry that anybody else has.

```
1                    THE COURT:  Let's suppose -- I'm not going --
2                    I am not an investigator.  Let's suppose we find
3         out that this is coming from someone the defense hired.
4                    MR. KUBY:  The defense.
5                    THE COURT:  The defense hired, not the lawyers.
6                    MR. KUBY:  Let's make a hypothetical which is not
7         true.
8                    THE COURT:  Okay.
9                    MR. KUBY:  I have a paralegal in my office which I
10        don't.
11                   THE COURT:  Right.
12                   MR. KUBY:  And she has put up this website.
13                   THE COURT:  Right.
14                   MR. KUBY:  Okay?
15                   THE COURT:  Okay.
16                   MR. KUBY:  I'm in deep trouble.
17                   THE COURT:  No, you're not.
18                   MR. KUBY:  No, I am.
19                   THE COURT:  It's not you doing it.
20                   MR. KUBY:  If she's working under my auspices --
21                   THE COURT:  I am not talking about the lawyer.
22        I'm talking about someone who is not a lawyer.
23                   MR. KUBY:  Right.
24                   THE COURT:  Who's hired by the defense to do this.
25        I'd like to find out how, if that in fact is true, and, if
```

1    so, who the person is.

2              MR. KUBY:  Okay.

3              THE COURT:  I just want to make a record.

4              MR. KUBY:  You know, when you asked the question,

5    and you have every right to ask the question, and we have

6    every right to answer it.

7              THE COURT:  Right.

8              MR. KUBY:  Or not.

9              THE COURT:  Absolutely.

10        Mr. Bogdanos can investigate.  I'm not asking the

11   defense to do anything or say anything.

12             MR. KUBY:  And, again, we know that the D.A.'s

13   Office has vast resources and have devoted vast resources in

14   this case and I'm sure no turn will be left unstoned.

15             THE COURT:  No stone will be left unturned.

16             MR. BOGDANOS:  Is this fruitful?

17             THE COURT:  Mr. Kuby --

18             MR. BOGDANOS:  Is the last ten minutes fruitful?

19             THE COURT:  Please, everyone, everyone.

20             MR. KUBY:  I'm going -- I'm done.

21             THE COURT:  The record is made, the objection is

22   made, the issue is preserved for appellate review.  I will

23   have any other further applications about this topic in

24   writing, okay?

25             MR. KUBY:  From both sides.

1      THE COURT:  Both sides, absolutely.

2      MR. KUBY:  Okay, look, nice to see you again.

3      THE COURT:  Nice to see you.

4      MR. KUBY:  And everybody else.

5      THE COURT:  I will take a copy of these minutes.

6   They will be placed in the court file for the time being

7   under seal.

8      The jury, I understand, is all here.  So, counsel,

9   when we're ready.

10     Do we have Dr. Spitz in the witness room?

11     MR. BRENNER:  I will go check.

12     THE COURT:  Why don't you go check?

13     THE SERGEANT:  Reopen the courtroom, Judge?

14     THE COURT:  Yes, reopen the courtroom, sorry.

15     MR. WARD:  Judge, you want to have Dr. Spitz in

16  the seat before the jury comes in?

17     THE COURT:  No, right at the door because I want

18  to talk to the jurors.

19     We're back on the record and Ms. Jordan is

20  present.  All parties are present.

21     If these gentlemen want to take a photograph, I

22  use the term very loosely...

23     (Whereupon, photographs were taken.)

24     THE COURT:  Counsel, on the record, please, I

25  would like the jury, the jurors, are all here, to be brought