# Exhibit H

29 N.Y.3d 1033, 84 N.E.3d 974, 62 N.Y.S.3d 302 (Table)

People v Jordan

Court of Appeals of New York

5/3/17

CITE TITLE AS: People v Jordan

1st Dept: 145 AD3d 584 (NY)

APPLICATIONS IN CRIMINAL CASES FOR LEAVE TO APPEAL

denied 5/3/17 (DiFiore, Ch. J.)

Copr. (C) 2018, Secretary of State, State of New York

End of Document　　© 2018 Thomson Reuters. No claim to original U.S. Government Works.