# Exhibit J

138 S.Ct. 481
Supreme Court of the United States

Gigi JORDAN, petitioner,

v.

NEW YORK.

No. 17–487.
|
Nov. 27, 2017.

**Synopsis**

Case below, 44 N.Y.S.3d 378.

**Opinion**

Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, First Judicial Department denied.

**All Citations**

138 S.Ct. 481, 199 L.Ed.2d 360, 86 USLW 3261, 86 USLW 3264

---

End of Document                          © 2018 Thomson Reuters. No claim to original U.S. Government Works.