# Exhibit L

## Certification of Disposition Indictment [A119]

SUPREME COURT OF THE STATE OF NEW YORK     FEE:$10.00
NEW YORK COUNTY
100 CENTRE STREET
NEW YORK, NY 10013

CERTIFICATE OF DISPOSITION INDICTMENT

DATE: 09/02/2015      CERTIFICATE OF DISPOSITION NUMBER: 51911

PEOPLE OF THE STATE OF NEW YORK
VS.

JORDAN, GIGI

DEFENDANT

CASE NUMBER: 00621-2010
LOWER COURT NUMBER(S): 2010NY010694
DATE OF ARREST: 02/05/2010
ARREST #: M10612039
DATE OF BIRTH: 12/02/1960
DATE FILED: 02/08/2010

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS ON FILE IN THIS OFFICE THAT ON 11/05/2014 THE ABOVE NAMED DEFENDANT WAS CONVICTED OF THE CRIME(S) BELOW BEFORE JUSTICE SOLOMON,C THEN A JUSTICE OF THIS COURT.

MANSLAUGHTER 1st DEGREE PL 125.20 02 BF

THAT ON 05/28/2015, UPON THE AFORESAID CONVICTION BY TRIAL THE HONORABLE SOLOMON,C THEN A JUDGE OF THIS COURT, SENTENCED THE DEFENDANT TO

MANSLAUGHTER 1st DEGREE PL 125.20 02 BF
IMPRISONMENT = 18 YEAR(S)
POST-RELEASE PAROLE SUPERVISION = 5 YEAR(S)

CVAF = $25 (JUDGMENT ORDERED)
DNA = $50 (JUDGMENT ORDERED)
SURCHARGE = $300 (JUDGMENT ORDERED)

IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY OFFICIAL SEAL ON THIS DATE 09/02/2015.

COURT CLERK