UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GIGI JORDAN,

                              Petitioner,                       18 **CIVIL** 10868 (SLC)

                 -against-                               **JUDGMENT**

AMY LAMANNA, IN HER OFFICIAL CAPACITY AS
SUPERINTENDENT OF THE BEDFORD HILLS
CORRECTIONAL FACILITY,

                              Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 25, 2020, Jordan's Petition is granted; Accordingly, Respondent must release Jordan from custody unless the DA informs the Court of its decision to re-try her within the next 90 days; Because the Court grants the petition, there is no need to issue a Certificate of Appealability for the purposes of appeal, accordingly, this case is closed.

**DATED:**  New York, New York
             September 25 , 2020

                                                                    **RUBY J. KRAJICK**
                                                                 _____
                                                                    **Clerk of Court**
                                                **BY:**
                                                                        **Deputy Clerk**