UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIGI JORDAN,

                Petitioner,

-v-

AMY LAMANNA, *superintendent of Bedford Hills Correctional Facility*,

                Respondent.

CIVIL ACTION NO.: 18 Civ. 10868 (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The briefing schedule for Respondent's Motion to Stay (ECF No. 38) will proceed as follows:

1. Petitioner's Response is due **October 19, 2020**.

2. Respondent's Reply is due **October 21, 2020**.

Dated:      New York, New York
              October 13, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**