UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIGI JORDAN,

                          Plaintiff,

       against

AMY LAMANNA, *superintendent of Bedford Hills Correctional Facility*,

                          Defendant.

CIVIL ACTION NO.: 18 Civ. 10868 (SLC)

**ORAL ARGUMENT SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Oral argument on the Motion to Stay (ECF No. 38) and Cross-Motion for Release (ECF No. 40) will be heard on **Monday, November 2, 2020 at 10:00 am** via telephone.

The parties are directed to call the Court's conference line at 866-390-1828; access code: 380-9799, at the scheduled time.

Dated:      New York, New York
            October 21, 2020

                          SO ORDERED

                          _____
                          SARAH L. CAVE
                          **United States Magistrate Judge**