UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIGI JORDAN,

         Petitioner,

-v-

AMY LAMANNA, *superintendent of Bedford Hills Correctional Facility*,

         Respondent.

CIVIL ACTION NO.: 18 Civ. 10868 (SLC)

**AMENDED ORDER SETTING CONDITIONS OF RELEASE**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the bail hearing on held today, Wednesday, December 9, 2020, Petitioner Gigi Jordan shall be released from federal custody subject to the following conditions:

1. Jordan must post a bond in the amount of $250,000, co-signed by three financially responsible persons, and secured by $100,000 in cash or property.

2. Jordan shall reside at a location in New York City as approved by Pretrial Services, and may not relocate without advance authorization by Pretrial Services.

3. Jordan shall permit Pretrial Services to inspect her residence at any time and shall permit confiscation of any contraband observed in plain view of Pretrial Services.

4. Jordan shall be placed on Home Detention with electronic monitoring as directed by Pretrial Services, and will be permitted to self-install home monitoring equipment at the instruction and under the direction of Pretrial Services.

5. Jordan will be subject to Pretrial Services supervision as directed.

6. Jordan shall not commit any federal, state, or local crime.

7. Jordan shall not unlawfully use or possess a controlled substance unless prescribed by a physician with notice to Pretrial Services, and she will be subject to drug testing at the direction of Pretrial Services.

8. Jordan shall not possess a firearm, ammunition, destructive device, or other dangerous weapon.

9. Jordan shall not leave the Southern and Eastern Districts of New York unless otherwise authorized in advance by Pretrial Services.

10. Jordan must truthfully answer all inquiries by Pretrial Services and follow the instructions of Pretrial Services.

11. Jordan shall refrain from excessive use of alcohol.

12. Jordan shall not associate with any persons she knows to be engaged in criminal activity and shall not associate with any persons she knows to have been convicted of a felony unless otherwise authorized in advance by Pretrial Services.

13. Jordan must notify Pretrial Services within 48 hours of being questioned by a law enforcement officer.

Jordan shall be released from federal custody into the custody of her attorney today, December 9, 2020.  Jordan must report to Pretrial Services located at 500 Pearl Street, New York, New York, 10007 on **Thursday, December 10, 2020 at 10:00 am** to fulfill Condition 4; all other conditions must be satisfied within five (5) business days.

The Court reserves the opportunity to hold a hearing, on its own motion or on the motion of any party or Pretrial Services, to consider whether to modify these conditions at any time.

Dated:     New York, New York                                   SO ORDERED
             December 9, 2020

                                                                  _____
                                                                  **SARAH L. CAVE**
                                                                  **United States Magistrate Judge**