UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIGI JORDAN,

                      Petitioner,

-v-

AMY LAMANNA, *superintendent of Bedford Hills Correctional Facility*,

                      Respondent.

CIVIL ACTION NO.: 18 Civ. 10868 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the telephone conference held today, March 8, 2022, the Court is in receipt of recommendation by Pretrial Services to relax one of the conditions of Petitioner Gigi Jordan's release, specifically, to change home detention to custody enforced by electronic monitoring. By **March 11, 2022 at 12:00 pm**, Respondent shall file a letter advising whether it objects to the recommendation and setting forth the factual basis for any such objection.

Dated:       New York, New York
              March 8, 2022

                                                        SO ORDERED.

                                                        */s/ Sarah L. Cave*
                                                       SARAH L. CAVE
                                                      **United States Magistrate Judge**