UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIGI JORDAN,

                Petitioner,

-v-

AMY LAMANNA, *superintendent of Bedford Hills Correctional Facility*,

                Respondent.

CIVIL ACTION NO.: 18 Civ. 10868 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 20, 2018, Gigi Jordan ("Jordan"), who was incarcerated following her conviction for first degree manslaughter, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  (ECF Nos. 1, 6 (the "Petition")).  On September 25, 2020, the Court issued an Opinion and Order granting the Petition on the grounds that, in denying Jordan's motion to set aside her conviction, the New York State Supreme Court, Appellate Division, First Department (the "Appellate Division") unreasonably applied clearly established law governing the Sixth Amendment right to a public trial.  (ECF No. 34 (the "Opinion")).

On September 28, 2020, Respondent appealed the Order to the United States Court of Appeals for the Second Circuit.  (ECF No. 37).  On May 5, 2022, the Second Circuit reversed the Opinion, on the ground that the Appellate Division's decision was not contrary to clearly established law, and remanded the case "with instructions for the court to deny" the Petition.  (ECF No. 69 at 21).

Accordingly, in compliance with the Mandate issued today, June 16, 2022 (ECF No. 70), the Petition is DENIED, and the case is DISMISSED. The Clerk of the Court is respectfully directed to CLOSE this case.

Dated:    New York, New York
          June 16, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge